UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MARIANO JOSE ANTONIO,

          Petitioner,

                           Case No. 1:26-cv-1638

v.

                           Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

          Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.


Dated:    June 12, 2026                    /s/ Hala Y. Jarbou
                                              HALA Y. JARBOU
                                              For the Honorable Paul L. Maloney
                                              United States District Judge